MEMORANDUM OPINION



No. 04-06-00238-CV

IN THE MATTER OF ESTATE OF ALBERT JOHN CLARK, SR., Deceased


From Probate Court No. 1, Bexar County, Texas

Trial Court No. 2002-PC-2161

Honorable Polly Jackson Spencer, Judge Presiding



PER CURIAM



Sitting: Sandee Bryan Marion , Justice

 Phylis J. Speedlin , Justice

 Rebecca Simmons , Justice



Delivered and Filed: October 18, 2006



APPEAL DISMISSED FOR FAILURE TO PROSECUTE

 On September 13, 2006, this court affirmed the trial court's order sustaining contests to Irene Hernandez's affidavit of
indigence. We ordered Hernandez to file, within fifteen days of the date of the opinion, evidence that she has made
appropriate arrangements for payment of the clerk's and reporter's record on appeal. Our opinion and order stated that if
Hernandez failed to make appropriate arrangements for payment of the clerk's record, this appeal would be subject to
dismissal for failure to prosecute. Appellant has failed to comply with the order. Therefore, we dismiss the appeal for
failure to prosecute. See Tex. R. App. P. 42.3(c). Costs of appeal are taxed against appellant.

 PER CURIAM